[No. 69250-0-I.   Division One.   March 3, 2014.]

*In the Matter of the Parentage of* V.L.C.-P.

CHAD CLARK, *Appellant*, v. ELIZABETH PAGE, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-5-00127-5, Charles R. Snyder, J., entered August 3, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Becker and Appelwick, JJ.

[No. 69278-0-I.   Division One.   March 3, 2014.]

SHUMET MEKONEN ET AL., *Appellants*, v. DESSIE ZEWDU ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-36451-0, Beth M. Andrus, J., entered August 24, 2012. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Schindler, J.

[No. 69538-0-I.   Division One.   March 3, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SERGIO AUGUSTIN DONATO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-02516-5, Mariane C. Spearman, J., entered October 26, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Cox and Dwyer, JJ.

[No. 69636-0-I.   Division One.   March 3, 2014.]

NONNA VERD, *Plaintiff*, v. ZINAIDA BOSSERDT ET AL., *Appellants*, B. DAVID THOMAS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-29212-8, Sharon S. Armstrong, J., entered November 23, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, A.C.J., and Schindler, J.